# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

MICHAEL ROSAS,
    Plaintiff,

v.                                                          2:25-cv-222-SPC-NPM

TYLER WILLIAMS, *et ano*,
    Defendants.

---

## ORDER

The district judges of this court wish to consider the reappointment of the undersigned for another eight-year term. So, pursuant to 28 U.S.C. § 631(b)(5) and §§ 420.60.20 and 420.60.30 of Volume 3 of the Guide to Judiciary Policy, the court has established a merit selection panel to consider the reappointment. *See In re: Administrative Orders of the Chief Judge*, No. 3:24-mc-20-MMH (M.D. Fla. Mar. 16, 2026). A lawyer in the above-captioned matter is a member of the panel. And the Committee on Codes of Conduct of the Judicial Conference of the United States has opined that "the magistrate judge is required to recuse in such a case." GUIDE TO JUDICIARY POLICY, Vol. 2B, Ch. 2, p. 173 (Advisory Opinion No. 97). Pursuant to 28 U.S.C. § 455(a), the undersigned therefore disqualifies himself from this proceeding. The **CLERK** shall immediately reassign this case to the next available magistrate judge in this division.

**ORDERED** on March 17, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge