UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ROSAS,

Plaintiff,

v. Case No.: 2:25-cv-222-SPC-KRH

DEPUTY TYLER WILLIAMS and
SHERIFF STEVEN WHIDDEN,

Defendants.

---

# OPINION AND ORDER

This matter comes before the Court on *sua sponte* review of the file. The Court previously allowed Plaintiff's counsel to withdraw. (Doc. 60). That Order stated in relevant part: "**On or before October 30, 2026**, Plaintiff must **FILE** a notice with the Court, advising whether Plaintiff is proceeding without the benefit of counsel, or alternatively, have counsel file a notice of appearance." (*Id.* at 2). Plaintiff failed to do so. The Court then entered an Endorsed Order to Show Cause stating in relevant part:

> Plaintiff was directed to file a notice, on or before October 30, 2026, advising whether Plaintiff is proceeding with or without counsel, or have new counsel file a notice of appearance. (Doc. 60). Plaintiff has failed to comply. On or before November 16, 2026, Plaintiff must show cause why this case should not be dismissed for failure to prosecute. Plaintiff may alternatively discharge this show cause order by filing the notice or have new counsel file a notice of appearance.

(Doc. 64). Since then, Plaintiff has taken no action in this case.

Middle District of Florida Local Rule 3.10 states: "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Here, Plaintiff has failed to comply with a Court Order and failed to answer an Order to Show Cause. Thus, dismissal for failure to prosecute under Local Rule 3.10 is appropriate.

Accordingly it is

**ORDERED:**

(1) The Second Amended Complaint (Doc. 39) is **DISMISSED without prejudice** for failure to prosecute.

(2) The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 23, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record